UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
New York City District Council of Carpenters,
                        Petitioner,

          -against-

Ortega Group LLC,
                        Respondent.
----------------------------------------------------------X

19 **CIVIL** 4945 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 24, 2021, the petition is granted, the underlying arbitration award is confirmed, and Petitioner is awarded as follows: 1. Petitioner is awarded $5,299.66 to the July 31, 2018 arbitration award; 2. Petitioner is awarded pre-judgment interest on the awarded amount at the rate of 9 percent from July 31, 2018 to the date of the Memorandum Opinion and Order, in the amount of $1,583.80; 3. Petitioner is awarded post-judgment interest from the date of the Memorandum Opinion and Order at the rate set by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
          November 29, 2021

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                       **BY:**
                                          **Deputy Clerk**